This is a Court-authorized text message to inform you of your right to participate in a lawsuit seeking unpaid overtime wages against BrahamPutra, LLC.

To participate in this lawsuit, you must complete a Consent Form by [DATE]. To complete the Consent Form, please visit [LINK TO DOCUSIGN DOCUMENT THAT WILL INCLUDE THE NOTICE].