## CONSENT TO JOIN COLLECTIVE ACTION
## AGAINST BRAHAMPUTRA, LLC

- I, _____ (Full Name), consent to join the lawsuit seeking damages for unpaid wages under the FLSA against BrahamPutra, LLC.

- I am similarly situated to the named Plaintiff in this matter because I was an integrator, was paid in a similar manner, classified by BrahamPutra in a similar manner as a contractor, and worked in excess of forty hours in a workweek.

- I authorize the named Plaintiff and Plaintiff's Counsel to file and prosecute the above referenced matter in my name, and on my behalf, and designate the named Plaintiff to make decisions on my behalf concerning the litigation, including negotiating a resolution of my claims and entering into a fee agreement with Plaintiff's Counsel, and I understand I will be bound be such decisions.

- I agree to be represented by Hodges & Foty, LLP, counsel for the named Plaintiff.

- If needed, I authorize Hodges & Foty, LLP to use this consent to re-file my claim in a separate lawsuit or arbitration.

Date: _____   Signature: _____

**Information below this line will not be filed with the Court:**

Start and end dates of work: _____ (Month/Year) to _____ (Month/Year)

Address: _____

City, State, Zip: _____

Phone: _____

Alt. Phone: _____

Email: _____

BP End Client(s): _____

Work Locations: _____

BP Supervisor(s): _____