Dear [FULL NAME]:

We previously mailed you a Notice of Collective Action Lawsuit and Consent to Join Form but have not heard from you. If you want to participate in the lawsuit against BrahamPutra, LLC to recover unpaid overtime wages and liquidated damages, you must return your signed Consent Form by no later than [DATE] by mailing, emailing, faxing it to the address below. If you lost the form or have any questions, please contact HODGES & FOTY, LLP at:

> William Hogg, Esq.
> HODGES & FOTY, LLP
> 4409 Montrose Blvd., Ste. 200
> Houston, TX 77006
> Tel: (713) 523-0001
> Fax: (713) 523-1116
> Email: whogg@hftrialfirm.com

The Notice and Consent Form is also available online at: _____ [LINK TO DOCUSIGN DOCUMENT], where you can sign the Consent Form electronically if you want to participate.

HODGES & FOTY, LLP
4409 Montrose Blvd., Ste. 200
Houston, TX 77006

| | |
|---|---|
| **Lawsuit for Unpaid Overtime Wages Against BrahamPutra, LLC** | [FIRST NAME] [LAST NAME]<br>[STREET ADDRESS]<br>[CITY], [STATE] [ZIP] |

This notice and its contents have been authorized by the United States District Court for the District of New Jersey. The Court has taken no position in the case regarding the merits of Plaintiff's claims or Defendant's defenses. **<u>Do not contact the Court for information about the case.</u>**