UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

| | |
|---|---|
| **DEREK LAMB on Behalf of Himself and on Behalf of All Others Similarly Situated,**<br><br>    **Plaintiff,**<br><br>**V.**<br><br>**BRAHAMPUTRA, LLC,**<br><br>    **Defendant.** | CIVIL ACTION NO.: 2:20-cv-12145 |

## NOTICE OF PLAINTIFF'S MOTION FOR EQUITABLE TOLLING

PLEASE TAKE NOTICE THAT on May 2, 2022, Plaintiff Derek Lamb will move this Court, before the Honorable Leda Wettre, United States Magistrate Judge of the United States District Court for the District of New Jersey, for an Order equitably tolling the limitations period for the potential Fair Labor Standards Act claims of the putative collective members.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiff shall rely upon the Notice, the Memorandum of Law, the accompanying exhibits, and the proposed Order herein.

DATED: April 7, 2022

Respectfully submitted,

*/s/ Andrew Glenn*
Andrew Glenn, Esq.
JAFFEGLENN LAW GROUP, PA
350 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Tel: (201) 687-9977; Fax: (201) 595-0308
aglenn@jaffeglenn.com

*/s/ William M. Hogg*
Don J. Foty (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)

-2-

>HODGES & FOTY, LLP
>4409 Montrose Boulevard, Suite 200
>Houston, Texas 77006
>Tel: (713) 523-0001; Fax: (713) 523-1116
>dfoty@hftrialfirm.com
>whogg@hftrialfirm.com
>
>*Counsel for Plaintiff and Collective Members*

**CERTIFICATE OF SERVICE**

I hereby certify that on April 7, 2022, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

>*/s/ Andrew Glenn*
>Andrew Glenn