**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

| | |
|---|---|
| **DEREK LAMB on Behalf of Himself and on Behalf of All Others Similarly Situated,** | |
| **Plaintiff,** | |
| **V.** | **CIVIL ACTION NO.: 2:20-cv-12145** |
| **BRAHAMPUTRA, LLC,** | |
| **Defendant.** | |

**[PROPOSED] ORDER GRANTING PLAINTIFF'S MOTION FOR EQUITABLE TOLLING**

THIS CAUSE came before the Court upon Plaintiff's Motion for Equitable Tolling. Being fully advised, the Court finds as follows:

**IT IS ORDERED that:**

(1)     Plaintiff's Motion is GRANTED.

(2)     The statute of limitations period under the Fair Labor Standards Act for all opt-in plaintiffs and putative opt-in plaintiffs shall tolled for a total of 542 days, reflecting the number of days between the date Plaintiff filed the Original Complaint on September 1, 2020 through the date Defendant furnished the names and addresses of the putative opt-in plaintiffs to Plaintiff on February 25, 2022.

(3)     The statute of limitations period under the Fair Labor Standards Act for all opt-in plaintiffs and putative opt-in plaintiffs shall also be tolled on a forward-looking basis, starting from the date Plaintiff filed his Motion for Conditional Certification on March 18, 2022 through the date that notice is sent to the prospective opt-in plaintiffs.

-2-

SO ORDERED:

Dated this _____ day of _____, 2022.


                                        _____
                                        PRESIDING JUDGE