UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW JERSEY

| | |
|---|---|
| DEREK LAMB,<br><br>              Plaintiff,<br><br>v.<br><br>BRAHAMPUTRA, LLC,<br><br>              Defendant. | Civil Action No.<br><br>20-12145 (MCA) (LDW)<br><br>**ORDER** |

**THIS MATTER** having come before the Court by way of a May 16, 2022 telephonic status conference before the undersigned, and for good cause shown,

**IT IS** on this day, May 17, 2022:

**ORDERED** that:

1. The parties shall appear for a Zoom settlement conference before the undersigned on **June 13, 2022 at 10:00 a.m.** The Court will provide Zoom log-in information to counsel prior to that date. Clients with full and immediate settlement authority must attend for the duration of the conference. Confidential settlement letters, which shall not exceed ten (10) pages absent leave from the Court, shall be sent to **LDW_orders@njd.uscourts.gov** at least three business days prior to the conference. Voluminous exhibits to settlement letters (exceeding 20 pages) will not be reviewed by the Court unless submitted in hard copy that is received by Chambers no later than three business days in advance of the settlement conference.

2. If the settlement conference does not resolve the action, there will be a case management conference at the conclusion of the June 13, 2022 conference to set final dates to complete fact and expert discovery.

_s/ Leda Dunn Wettre_
Hon. Leda Dunn Wettre
United States Magistrate Judge