**UNITED STATES DISTRICT COURT**
**DISTRICT OF NEW JERSEY**

**DEREK LAMB on Behalf of Himself and on Behalf of All Others Similarly Situated,**

**Plaintiff,**

**V.**

**BRAHAMPUTRA, LLC,**

**Defendant.**

**CIVIL ACTION NO.: 2:20-cv-12145**

**NOTICE OF PLAINTIFFS' UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT**

PLEASE TAKE NOTICE THAT on September 6, 2022, Plaintiffs Derek Lamb, Eric Parkes, and DeRaymion Moore will move this Court, before the Honorable Leda Wettre, United States Magistrate Judge of the United States District Court for the District of New Jersey, for an Order approving the settlement reached in principle.

PLEASE TAKE FURTHER NOTICE that in support of this Motion, Plaintiffs shall rely upon the Notice, the Memorandum of Law, the accompanying exhibits, and the proposed Order herein. Plaintiffs have conferred with counsel for Defendant, and Defendant is unopposed to this Motion.

DATED: July 25, 2022

Respectfully submitted,

*/s/ Andrew Glenn*

Andrew Glenn, Esq.
JAFFE GLENN LAW GROUP, PA
300 Carnegie Center, Suite 150
Princeton, New Jersey 08540
Tel: (201) 687-9977; Fax: (201) 595-0308
aglenn@jaffeglenn.com

*/s/ William M. Hogg*
Don J. Foty (*Pro Hac Vice*)
William M. Hogg (*Pro Hac Vice*)
HODGES & FOTY, LLP
4409 Montrose Boulevard, Suite 200
Houston, Texas 77006
Tel: (713) 523-0001; Fax: (713) 523-1116
dfoty@hftrialfirm.com
whogg@hftrialfirm.com

*Counsel for Plaintiffs*

**CERTIFICATE OF SERVICE**

I hereby certify that on July 25, 2022, I electronically filed the foregoing document with the Clerk of Court using the Court's CM/ECF system, which will send a notice of electronic filing to all CM/ECF participants.

*/s/ Andrew Glenn*
Andrew Glenn