UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

DEREK LAMB on Behalf of Himself and on Behalf of All Others Similarly Situated,

Plaintiff,

V.

BRAHAMPUTRA, LLC,

Defendant.

CIVIL ACTION NO.: 2:20-cv-12145

### ORDER GRANTING PLAINTIFFS' UNOPPOSED MOTION TO APPROVE FLSA SETTLEMENT

THIS CAUSE came before the Court upon Plaintiff's Unopposed Motion to Approve FLSA Settlement. Being fully advised, the Court finds as follows:

**IT IS ORDERED that:**

(1) Plaintiff's Motion is GRANTED.

(2) The Court finds there is a bona fide dispute over the Fair Labor Standards Act (FLSA) claims at issue in this matter.

(3) The Court finds that the proposed settlement is fair and reasonable.

(4) The Court approves Plaintiffs' requested award of attorneys' fees as reasonable.

(5) Defendant shall make the settlement payment as called for in the Settlement Agreement by no later September 30, 2022.

(6) Upon receipt and clearance of the complete settlement funds, Plaintiffs shall submit a filing seeking dismissal of the Action with prejudice in a timely fashion or otherwise in accordance with the terms of the Settlement Agreement.

(7)     If the settlement payment is not timely made in full by September 30, 2022, Plaintiffs shall submit a status update to the Court regarding the status of the settlement and advise the Court of whether enforcement proceedings will be, or are expected to be, necessary.

(8)     All other deadlines in this case are vacated.

IT IS SO ORDERED:

Dated this __28th__ day of __July__, 2022.

_____
The Hon. Madeline Cox Arleo
United States District Judge